## H. G. VOGEL CO. v. LOCKPORT GLASS CO.

(Supreme Court, Trial Term, Niagara County. January Term, 1909.)

INTEREST (§ 19*)—UNLIQUIDATED DEMAND.

     Plaintiff is not entitled to interest, where his claim is liquidated by the jury by deducting from his claim a claim of defendant for damages, established by the jury at a certain amount.

     [Ed. Note.—For other cases, see Interest, Cent. Dig. §§ 35–40; Dec. Dig. § 19.*]

Action by the H. G. Vogel Company against the Lockport Glass Company. Defendant moves for a new trial and to correct verdict. Verdict corrected.

David Tice, for the motion.
David Bernstein, opposed.

BROWN, J. The plaintiff's claim of $1,777.34 was reduced by the jury in a substantial amount. The damages claimed by defendant were established by the jury to be $656.01. The plaintiff's claim was liquidated by the jury by deducting defendant's damages at $1,121.33. The jury were charged to add interest to balance found due plaintiff for six years at 6 per cent. This interest on $1,121.33 is the sum of $403.-67; the verdict being for $1,121.33, principal, and $403.67, interest, a total of $1,525. It was error to direct jury to add interest. The plaintiff was not entitled to interest. The verdict must be reduced to $1,121.33. Excelsior Terra Cotta Co. v. Harde, 181 N. Y. 11, 73 N. E. 494, 106 Am. St. Rep. 493; Delafield v. Westfield, 41 App. Div. 24, 58 N. Y. Supp. 277.

An order may be entered, correcting the verdict by reducing the sum to $1,121.33, and denying defendant's motion for a new trial.